**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Todd Edward SNIFFEN, Defendant–Appellant.**

No. 01–10305.

D.C. No. CR–01–00047–MMC.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 29, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Todd Edward Sniffen appeals the 15–month sentence imposed following his guilty plea to escape from federal custody, in violation of 18 U.S.C. § 751(a).

Sniffen contends the district court erred by declining to grant a downward departure based on his efforts to seek rehabilitation. We lack jurisdiction to review discretionary refusals to depart from a prescribed sentencing guideline range. *United States v. Morales,* 898 F.2d 99, 101–02 (9th Cir.1990). Because the district court did not rest its decision on an erroneous belief that it lacked the authority to do so, we lack jurisdiction. *Id.*

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.